Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES HENDRICKSON, | Case No: 1:21-cv-06919-FB-RER |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| NEOPHOTONICS CORPORATION, TIMOTHY S. JENKS, CHARLES J. ABBE, BANDEL CARANO, KIMBERLY Y. CHAINEY, YANBING LI, RAJIV RAMASWAMI, SHERI L. SAVAGE, MICHAEL J. SOPHIE, and IHAB TARAZI, | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff James Hendrickson hereby voluntarily dismisses the above-captioned action. Defendants have not served an answer or a motion for summary judgment.

Dated: February 9, 2022

Respectfully submitted,

**HALPER SADEH LLP**

By: /s/ Daniel Sadeh
Daniel Sadeh, Esq.
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Daniel Sadeh, hereby certify that on February 9, 2022, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: February 9, 2022                    /s/ Daniel Sadeh
                                           Daniel Sadeh